UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM WENTWORTH FOSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-CV-00241-SNLJ |
| ) | |
| GEORGE LOMBARDI, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal [Doc #11]. Plaintiff may not proceed in forma pauperis on appeal because he has incurred more than three strikes[1] under 28 U.S.C. § 1915(g). As a result, the Court will deny the motion and will direct plaintiff to pay the appellate filing fee.

Accordingly.

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [Doc. #11] is **DENIED**.

**IT IS FURTHER ORDERED** that within thirty (30) days from the date of this Order, plaintiff shall pay to this Court the full $505 filing and docketing fees for filing an appeal. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for the appeal of the instant action.

---

[1] *See Foster v. Moore*, No. 2:91-CV-4539 (W.D. Mo.); *Foster v. Malone*, No. 2:90-CV-4058 (W.D. Mo.); and *Foster v. Rutledge*, No. 2:89-CV-4496 (W.D. Mo.).

**IT IS FURTHER ORDERED** that plaintiff shall file any future document or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 31st day of October, 2016.

_____
**STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE**